**NOT FOR PUBLICATION**                                                                 **CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLOS ORELLANA-SANCHEZ, | Civil Case No. 12-6309 (FSH) (JBC) |
| Plaintiff, | |
| v. | **ORDER** |
| PRESSLER & PRESSLER, LLP, et al., | February 23, 2015 |
| Defendants. | |

**HOCHBERG, District Judge:**

      This matter comes before the Court upon the Report and Recommendation of the Honorable James B. Clark, III, United States Magistrate Judge, filed on February 6, 2015 [Docket No. 60], granting Defendants' motions for summary judgment and denying Plaintiff's cross-motion for summary judgment; and for good cause shown;

      the Court having carefully reviewed the Report and Recommendation de novo pursuant to 28 U.S.C. § 636 and L.Civ.R. 72.1; and having received no objections pursuant to L.Civ.R. 72.1(c)(2); and for good cause shown;

      **IT IS** this 23rd day of February, 2014, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Clark filed on February 6, 2015 [Docket No. 60], is **ADOPTED** in its entirety.

                                  **IT IS SO ORDERED**

                                      /s/ Faith S. Hochberg
                                      **Hon. Faith S. Hochberg, U.S.D.J.**